**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorneys for Plaintiff, MARSHALL LOSKOT**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL LOSKOT,** | Case No. 2:09-CV-02846-LKK-KJN |
| **Plaintiff,** | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| v. | |
| **SANTIAGO RODRIGUEZ, dba PUERTO VALLARTA RESTAURANT, MEI YING CHAN, and DOES ONE through FIFTY, inclusive,** | |
| **Defendants.** | |

Plaintiff **MARSHALL LOSKOT** and Defendants **SANTIAGO RODRIGUEZ, dba PUERTO VALLARTA RESTAURANT, MEI YING CHAN**, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated:   March 4, 2010           /s/ Jason K. Singleton
                                 Jason K. Singleton, Attorney for
                                 Plaintiff, MARSHALL LOSKOT

PDF created with pdfFactory trial version www.pdffactory.com

**SCHERER SMITH & KENNY LLP**

Dated:    February 11, 2010        /s/ Gabriel S. Levine
Gabriel S. Levine, Attorney for Defendants
**SANTIAGO RODRIGUEZ, dba PUERTO VALLARTA RESTAURANT, MEI YING CHAN**

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>LOSKOT v SANTIAGO ROGRIGUEZ, et al.</u>, Case Number 2:09-cv-2846 LKK KJN, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated:   March 8, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com