**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorneys for Plaintiff, MARSHALL LOSKOT**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL LOSKOT,**<br><br>    **Plaintiff,**<br>**v.**<br><br>**SANTIAGO RODRIGUEZ, dba PUERTO VALLARTA RESTAURANT, MEI YING CHAN, and DOES ONE through FIFTY, inclusive,**<br><br>    **Defendants.** | Case No. 2:09-CV-02846-LKK-KJN<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

Plaintiff **MARSHALL LOSKOT** and Defendants **SANTIAGO RODRIGUEZ, dba PUERTO VALLARTA RESTAURANT, MEI YING CHAN**, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

  1.  The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

  2.  Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated:    March 4, 2010     /s/ Jason K. Singleton
                            Jason K. Singleton, Attorney for
                            Plaintiff, MARSHALL LOSKOT

PDF created with pdfFactory trial version www.pdffactory.com

**SCHERER SMITH & KENNY LLP**

Dated:      February 11, 2010         /s/ Gabriel S. Levine
                                      Gabriel S. Levine, Attorney for Defendants
                                      **SANTIAGO RODRIGUEZ, dba PUERTO VALLARTA RESTAURANT, MEI YING CHAN**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>LOSKOT v SANTIAGO ROGRIGUEZ, et al.</u>, Case Number 2:09-cv-2846 LKK KJN, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated:    March 8, 2010.

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com